6040003.003
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
------------------------------------------------------------X

LILLY & ASSOCIATES – INTERNATIONAL
FREIGHT FORWARDERS, LLC,

                Plaintiff,

     -against-                    CASE NO.

SONMAR HOLDINGS & INVESTMENTS, LLC,

                Defendant.

------------------------------------------------------------X

## CIVIL COMPLAINT IN ADMIRALTY

Plaintiff, LILLY & ASSOCIATES – INTERNATIONAL FREIGHT FORWARDERS, LLC, by its undersigned attorney, as and for its Complaint against defendant SONMAR HOLDINGS & INVESTMENTS, LLC, <u>in personam</u>, in a cause of action civil and maritime, alleges upon information and belief:

### THE PARTIES

1. At all times hereinafter mentioned, plaintiff LILLY & ASSOCIATES – INTERNATIONAL FREIGHT FORWARDERS, LLC, ("LILLY") a non-vessel operating common carrier by water, was and still is a limited liability company with offices and a place of business at Miami, Florida.

2. Upon information and belief at all times hereinafter mentioned defendant SONMAR HOLDINGS & INVESTMENTS, LLC was and still is a limited liability company with offices and a place of business at Lake Worth, Florida.

## JURISDICTION

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. Section 1333. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  Plaintiff is seeking to enforce rights under maritime contracts and is fully authorized to bring this action.

4. This Court has personal jurisdiction over defendant who at all material times operated, conducted, engaged in, and carried on a business or business venture in the State of Florida as a Florida limited liability company.

## VENUE

5. Venue in this case is proper.  A substantial part of the events giving rise to the claim asserted by plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida.

## FACTUAL ALLEGATIONS

### Breach of Maritime Contracts by Defendant

6. On or about May 1, 2014 plaintiff delivered certain goods to defendant  resulting from carriage by plaintiff of the goods to the port of destination at the agreed charges to be paid by defendant to plaintiff pursuant to plaintiff's contracts of affreightment.

7. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

8. Defendant has breached the contracts in that it failed and refused to remit payment of $7,471.16 in ocean freight and related charges assessed in accordance with plaintiff's applicable contracts of affreightment, and defendant is the responsible party to pay such charges.  The ocean freight and related charges are on the invoice summarized on annexed Exhibit 1.

9.  By reason of the foregoing, LILLY has sustained damages in the amount of $7,471.16 which, although duly demanded, have not been paid by defendant.

WHEREFORE, plaintiff prays:

1.  For judgment in the amount of $7,471.16 against defendant, together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the applicable contracts of affreightment.

2.  That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3.  That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Key Biscayne, Florida
        October 17, 2014

HALLEY & HALLEY, P.A.

/S/ Thomas V. Halley
_____
Thomas V. Halley
Florida Bar No. 0694363
Attorney for Plaintiff
200 Crandon Blvd., Suite 332
Key Biscayne, FL 33149
Tel. 305 365-1237
thalley@shiplaw.net